UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| GERALD L. TERHUNE and THERESA J. SPERRY, Co-Personal Representatives of the ESTATE OF EVAN PAUL TERHUNE, Deceased,<br>                      Plaintiffs<br><br>                      v.<br><br>NATHAN PITT, JACQUELINE A. DUFF, CORY OFFERMAN, K. HOWARD (#1475), TRENDON AMUZIE, CHRIS EGAN, and JOHN McQUAY, in their individual capacities as officers of the Evansville Police Department, and the CITY OF EVANSVILLE,<br>                      Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)    CASE NO.  3:22-cv-177-JRS-MPB<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**DEFENDANTS' AMENDED PRELIMINARY WITNESS AND EXHIBIT LISTS**

The Defendants, Nathan Pitt, Jacqueline A. Duff, Cory Offerman, K. Howard (#1475), Trendon Amuzie, Chris Egan, and John McQuay, in their individual capacities as officers of the Evansville Police Department, and the City of Evansville (hereinafter "the Defendants"), by counsel, respectfully submits their Preliminary Witness and Exhibit List, pursuant to the Case Management Plan. [Dkt. 18].

                      **I.**       **Preliminary Witness List**

1. Gerald L. Terhune.

2. Theresa J. Sperry.

3. Evansville Police Department Officer ("EPD") Nathan Pitt

4. EPD Officer Jacqueline A. Duff.

5. EPD Officer Cory Offerman.

6. EPD Officer K. Howard (#1475).

7. EPD Officer Trendon Amuzie.

8. EPD Officer Chris Egan.

9. EPD Officer John McQuay.

10. EPD Officer H.D. Adams.

11. EPD Officer N. Aghasaryan.

12. EPD Officer W.R. Arbaugh.

13. EPD Officer K.A. Campbell.

14. EPD Officer N. P. Henderson.

15. EPD Officer A. A. McCormick.

16. EPD Officer C. M. Staats.

17. EPD Officer D. E. Thompson.

18. Jesse Shaheen Elijah Jitta.

19. Dalton A. Summers.

20. Ethan Severo Berich.

21. Joshua Timothy Winkley.

22. Mary Ellen Laughlin.

23. Zane William Smith.

24. Forensic Pathologist Dr. Christopher Kiefer.

25. AMR Paramedic Stacy Steele.

26. AMR Paramedic Daniel Carter.

27. Former AMR Paramedic Loren Prichett.

28. Former AMR EMT Hannah Goudreau.

29. All records custodians necessary to authenticate documents;

30. Any person identified in Plaintiffs' Initial Disclosures;

31. Any persons identified during discovery in this case;

32. Any person deposed or mentioned during a deposition in this case; and

33. Any person subsequently identified on Plaintiffs' Witness Lists.

**Discovery in this case is ongoing, and as such, Defendants reserve the right to supplement this preliminary list of witnesses. The Defendants also reserve the right to call individuals not listed above for the purposes of impeachment, rebuttal, or sur-rebuttal.**

## II.   Preliminary Exhibit List

1. All relevant EPD Rules, Regulations & Procedures and EPD's Operational Guidelines.

2. Photographs and video relating to the incident involving Evan Terhune.

3. Incident, Supplemental, and Use of Force Reports.

4. Relevant Subpoenas.

5. Toxicology and Postmortem Examination Reports.

6. Medical Records of Evan Terhune.

7. Any exhibit identified on Plaintiffs' Exhibit List.

8. Any documents or thing identified in any party's Initial Disclosures.

9. Any document or thing exchanged during the course of discovery.

10. Any document or thing necessary for rebuttal or impeachment purposes.

11. Any document or thing necessary for the admission or the exclusion of another exhibit.

**Defendants do not hereby stipulate to the authenticity or admissibility of any of the foregoing items. Because discovery is ongoing, Defendants reserve the right to deviate from this preliminary list of documents and to introduce documents into evidence not listed**

**above that are discovered during the course of this litigation, as well as documents utilized for the purpose of impeachment, rebuttal, or surrebuttal.**

        Respectfully submitted,

        */s/ Karey L. Cain*
        Matthew S. Koressel, 35276-49
        Karey L. Cain, 38044-82
        ZIEMER, STAYMAN, WEITZEL & SHOULDERS, LLP
        P. O. Box 916
        Evansville, Indiana   47706-0916
        Phone: (812) 424-7575
        Fax: (812) 421-5089
        E-mail:  kvonderahe@zsws.com
                mkoressel@zsws.com
        Attorneys for Defendants

## CERTIFICATE OF SERVICE

I certify that on September 12, 2023, a copy of the foregoing pleading was filed electronically.  Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

        Stephen M. Wagner, Esq.
        swagner@wagnerreese.com

        */s/ Karey L. Cain*
        Karey L. Cain